McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8944
  Facsimile: (415) 744-0134
  E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAILEY MICHELE EMERY,<br>   Plaintiff,<br> v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>   Defendant. | Case No.: 1:20-cv-00461-SKO<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME**<br><br>(Doc. 16) |

  IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 6, 2021 to February 5, 2021. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of the holiday season and Defendant's counsel has a higher than normal workload, including two other district court briefs due January 6, 2021

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall serve and file a responsive brief on or before February 5, 2021; and

- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before February 20, 2021).

Respectfully submitted,

Dated: December 23, 2020     */s/ \* Jonathan Pena*
(\*as authorized via e-mail on 12/23/20)
JONTHAN PENA
Attorney for Plaintiff

Dated: December 23, 2020     McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation (Doc. 16), and for good cause shown, IT IS ORDERED that Defendant shall have an extension, up to and including February 5, 2021, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 4, 2021**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE